IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNIE D. WHITE, )
)
    Plaintiff, )
)
vs. ) CIVIL NO. 08-cv-623-GPM
)
KENNETH G. BARTLEY, *et al.*, )
)
    Defendants. )

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff **WHITE** shall recover nothing, and the action be **DISMISSED for failure to pay the filing fee**.

**DATED**: 10/20/08

                                    NORBERT G. JAWORSKI, CLERK

                                    By: s/ Linda M. McGovern
                                            Deputy Clerk

APPROVED: **s/ *G. Patrick Murphy***
                G. Patrick Murphy
                United States District Judge