# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNIE D. WHITE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 08-cv-623-GPM |
| KENNETH G. BARTLEY, *et al.*, | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

The Court denied Plaintiff's motion to proceed *in forma pauperis* in this action, finding that he had accumulated three or more strikes (*see* Doc. 5). Now before the Court is Plaintiff's motion challenging that decision (Doc. 8). In his motion, he argues that the Court should not count as a strike those cases in which only some of his claims were dismissed for failure to state a claim. The Seventh Circuit disagrees, however, as the Court explained in its previous order. *See George v. Smith,* 507 F.3d 605, 607-08 (7th Cir. 2007); *Boriboune v. Berge,* 391 F.3d 852, 855 (7th Cir. 2004). Accordingly, the instant motion is **DENIED**.

Also before the Court is Plaintiff's motion for directions instanter (Doc. 7) which seeks instruction on how he should obtain his legal documents from the staff at Tamms. This case is closed, and the Court is unable to help with this problem; therefore, this motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: 03/16/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge